UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:04CV-131-J

JUDY A. NEUHAUSEL                                                                                              PLAINTIFF

v.

JO ANNE BARNHART
Commissioner of Social Security                                                                          DEFENDANT

## ORDER AND JUDGMENT

This matter is before the Court for review of the plaintiff's objections to the magistrate's report. The Commissioner has declined to file a formal response to those objections, instead relying upon its previously filed Fact and Law Summary. The Court has reviewed the record in its entirety and the plaintiff's objections, which are summarized as follows:

1) The ALJ's RFC Finding No. 6 lacks support because the ALJ "played doctor" and erroneously interpreted the MRI results;

2) The ALJ failed to find disability pursuant to Grid Rule 201.14 of Appendix 2 of 20 C.F.R. Part 404, Subpart P; and

3) The ALJ's Decision was based upon incorrect medical evidence.

The Court finds that the issues raised by plaintiff's objections were thoroughly addressed in the magistrate report, and the Court hereby adopts the magistrate report in its entirety.

Judgment for the Commissioner is affirmed, and the plaintiff's objections are overruled.

This is a final and appealable order.